UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Arnold Wimberly

                                   Plaintiff,

v.                                                        Case No.: 1:16–cv–07433
                                                              Honorable Sara L. Ellis

The Quaker Oats Company, et al.

                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 27, 2017:

        MINUTE entry before the Honorable Sidney I. Schenkier: Settlement conference held. Settlement reached. Terms of confidential settlement placed on record under seal. The parties expect to file their stipulation to dismiss by 4/14/17. All matters subject to the referral having been concluded, the referral is hereby terminated. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.